EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> José G. Cruz Arroyo | 2006 TSPR 31 <br><br> 166 DPR _____ |

Número del Caso: TS-7893

Fecha: 10 de febrero de 2006

Abogada de la Peticionaria:

Lcda. Margarita Carrillo Iturrino

Oficina del Procurador General:

Lcda. Minnie H. Rodríguez López
Procuradora General Auxiliar

Conducta Profesional:
(La suspensión será efectiva una vez advenga final y firme
la Sentencia, conforme la Regla 45 del Reglamento del Tribunal
Supremo sobre reconsideración.)

Este documento constituye un documento oficial del Tribunal Supremo
que está sujeto a los cambios y correcciones del proceso de
compilación y publicación oficial de las decisiones del Tribunal. Su
distribución electrónica se hace como un servicio público a la
comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José G. Cruz Arroyo                    TS-7893

RESOLUCION

San Juan, Puerto Rico, a 10 de febrero de 2006.

Evaluado el "Informe del Procurador General" y la "Contestación a Informe del Procurador General", presentada por el querellado, se ordena la suspensión provisional del ejercicio de la abogacía y de la notaría del señor José G. Cruz Arroyo, hasta que este Tribunal disponga finalmente del presente proceso disciplinario. Le imponemos a éste el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos. Les devuelva cualesquiera honorarios recibidos por trabajos no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país. Deberá, además, certificarnos dentro del término de treinta (30) días, a partir de la notificación de la presente Resolución, el cumplimiento de estos deberes.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Rodríguez Rodríguez no interviene.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo